■ BRENDA GARRON, Appellant, v FARM FAMILY MUTUAL
INSURANCE COMPANY, Respondent, et al., Defendants.—Order
unanimously affirmed without costs for reasons stated at
Supreme Court, Contiguglia, J. (Appeal from Order of Su-

preme Court, Cayuga County, Contiguglia, J.—summary judgment.) Present—Dillon, P. J., Doerr, Green, Pine and Lawton, JJ.